MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: stephen.corrigan@usdoj.gov

Attorneys for United States of America

**FILED**
NOV 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> ROBERT GRAHAM, JR. <br>    Defendant. | No. 12-00682 PJH <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: November 27, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR12-00682 PJH)

1 | Leave is granted to the government to dismiss the indictment. It is further ordered that the
2 | arrest warrant issued in connection with the Indictment is quashed.

Date: 11/29/12

PHYLLIS J. HAMILTON
United States District Judge